# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-344-GCM

| | |
|---|---|
| ANTHONY LOUIS ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David F. Chermol,** filed July 25, 2019 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Chermol is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Anthony Louis Allen.

**IT IS SO ORDERED.**

Signed: July 29, 2019

Graham C. Mullen
United States District Judge